# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  AMANDA JEAN BROTHERS,  Defendant. | CR 04-82-BLG-BMM  **ORDER** |

Defendant has moved for an early discharge from supervised release. The Government does not oppose the motion. (Doc. 338).

Defendant pleaded guilty to Aiding and Abetting the Distribution of Methamphetamine on February 24, 2006. Defendant was sentenced to 135 months of custody followed by five years of supervised release. (Doc. 189). Defendant was released from federal custody on or about December 24, 2014. *See* Doc. 333 at 1).

The record reflects that Defendant has successfully completed more than 18 months of supervised release. *See* Docs. 334 at 1; 338 at 1-2. Defendant has been employed while on supervised release. (Doc. 333 at 2). Defendant works as a "medical biller." *Id*. Defendant has been "enrolled in school" since August 2015. *Id*. Defendant does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 333) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 16th day of November, 2016.

Brian Morris
United States District Court Judge